THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:21-CR-150 |
| | : (JUDGE MARIANI) |
| AKEE YAMIRE MILLER, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 22ND DAY OF FEBRUARY, 2024, IT IS HEREBY ORDERED THAT Defendant Miller's sentencing, scheduled to be held on April 16, 2024, is RESCHEDULED and shall be held on **Wednesday, April 17, 2024** at **2:00 p.m.** in the William J. Nealon Federal Building & U.S. Courthouse, 235 N. Washington Ave., Scranton, PA, in a courtroom to be designated by the Clerk of Court.

Robert D. Mariani
United States District Judge